UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH AROLINA
WESTERN DIVISION
No. 5:20-CR-218-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| BRENDA JOYCE HALL | ) | |

This matter is before the court on the government's motion to compel defendant to produce an unredacted copy of the report of one of her mental health experts, Dr. Hans Stelmach. (DE # 34.) To preserve the record and to enable the court to review the document *in camera* to thoroughly evaluate the parties' arguments, defendant shall file under seal the unredacted version of Dr. Stelmach's report within five days. The government's motion to compel remains under advisement.

This 1 February 2021.

_____
W. Earl Britt
Senior U.S. District Judge