UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH AROLINA
WESTERN DIVISION
No. 5:20-CR-218-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| BRENDA JOYCE HALL | ) | |

This matter is before the court on the notice of proposed pretrial deadlines filed in response to the court's 15 March 2021 order. (DE # 55.)

The new pretrial deadlines are as follows:

| | |
|---|---|
| Rule 404(b), 902(11), 1006 Disclosures: | 14 May 2021 |
| Motions Challenging the Admissibility of Evidence at Trial, Including Any Under Daubert: | 21 May 2021 |
| Responses: | 28 May 2021 |
| Brady/Giglio/Jencks Disclosures: | 8 July 2021 |

This 23 March 2021.

_____
W. Earl Britt
Senior U.S. District Judge